# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **SALLY DANESHJOU,** | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| **v.** | § | **CASE NO. 1:25-CV-1630-ADA-DH** |
| | § | |
| **U.S. BANK TRUST N.A., J.P.** | § | |
| **MORGAN CHASE, N.A., SELECT** | § | |
| **PORTFOLIO SERVICING, INC.,** | § | |
| *Defendants.* | § | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Dustin Howell. Dkt. 25. Judge Howell recommends that this Court **GRANT** Chase's motion to dismiss (Dkt. 14) and **DISMISS** Daneshjou's claims against Chase without prejudice under Rule 4(m). *Id.* at 7. The report was filed on May 21, 2026. This Court hereby adopts Judge Howell's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). To date, neither party has filed objections to Judge Howell's Report and Recommendation.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Howell (Dkt. 25) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Chase's motion to dismiss (Dkt. 14) is hereby **GRANTED** and Daneshjou's claims against Chase are hereby **DISMISSED** without prejudice under Rule 4(m).

**SIGNED** this 24th day of June, 2026.

_____

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE